**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 00-1317**

─────────

HARRIETTA GIBBONS GIBBS,

Plaintiff - Appellant,

versus

CAPITAL REALTY ASSOCIATION; MANAGER PROPERTY
OWNER, WILLIE CREEK APARTMENTS; TENNENT HOLD-
ING AGENT AND LEASING AFFILIATE STOCKHOLDERS;
ZIMMERMAN, Attorney,

Defendants - Appellees.

─────────

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk.  Henry C. Morgan, Jr., District
Judge.  (CA-99-2136-2)

─────────

Submitted:  August 31, 2000        Decided:  September 14, 2000

─────────

Before WIDENER, NIEMEYER, and MOTZ, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Harrietta Gibbons Gibbs, Appellant Pro Se.

─────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Harrietta Gibbons Gibbs appeals the district court's order dismissing her complaint for failure to state a claim under 28 U.S.C.A. § 1915(e)(2)(B)(ii) (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court and deny all pending motions. See Gibbs v. Capital Realty Ass'n, No. CA-99-2136-2 (E.D. Va. Mar. 14, 2000).* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

* Although the order from which Gibbs appeals was filed on March 13, 2000, it was entered on the district court's docket sheet on March 14, 2000. March 14, 2000, is therefore the effective date of the district court's decision. See Fed. R. Civ. P. 58 and 79(a); see also Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).